# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2545 Disciplinary Docket No. 3 |
| | : | |
| CHRISTIE-LYNN NICHOLSON | : | Board File C1-18-865 |
| | : | |
| | : | (Supreme Court of New Jersey, D-180 |
| | : | September Term 2017) |
| | : | |
| | : | Attorney Registration No. 84996 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

 **AND NOW**, this 4th day of January, 2019, having failed to respond to a Notice and Order directing her to provide reasons against the imposition of reciprocal discipline, Christie-Lynn Nicholson is disbarred from the practice of law in the Commonwealth of Pennsylvania. She shall comply with all the provisions of Pa.R.D.E. 217.